UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INFINITEX SOLUTIONS LLC,<br><br>       Petitioner,<br><br>     -v.-<br><br>ML HEALTHCARE PARTNERS GMBH,<br><br>       Respondent. | 23 Civ. 10863 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On February 15, 2024, the Court issued an Order directing the parties, "[b]y **February 26, 2024**, [to] . . . file a proposed Stipulation of Non-Opposition." ECF No. 10 (emphasis in original) (citing *e.g.*, *Almada v. Union Capital Co.*, 21 Civ. 2376 (JPO) (S.D.N.Y. Apr. 22, 2021)). The parties have not complied with that Order. They are directed to submit the required Stipulation forthwith, and in no event later than **Wednesday, February 28, 2024**.

  SO ORDERED.

Dated: February 27, 2024
    New York, New York

                  */s/ Jennifer H. Rearden*
                  JENNIFER H. REARDEN
                  United States District Judge