UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INFINITEX SOLUTIONS LLC,

                      Petitioner,

-v.-

ML HEALTHCARE PARTNERS GMBH,

                      Respondent.

23 Civ. 10863 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

       On December 14, 2023, Petitioner Infinitex Solutions LLC ("Infinitex") filed a Verified Petition to confirm a final arbitral consent award of $1,840,000 (the "Final Consent Award") against Respondent ML Healthcare Partners GmbH ("ML Healthcare").  *See* ECF No. 1; *see also* ECF No. 6 (confirming service of the Verified Petition and other case-initiating papers on ML Healthcare on December 15, 2023).  As set forth in the Verified Petition and supporting papers, ML Healthcare "represent[ed] and warrant[ed] to Infinitex that [it] w[ould] not take any action to oppose Infinitex's confirmation of the applicable Final Consent Award in any federal or state court provided that such motion or petition to confirm [was] consistent with the terms of the Final Consent Award and th[e] [parties'] Settlement Agreement."  *See* ECF No. 1 ¶ 49; *see also* ECF No. 1-2 ¶ 14.  ML Healthcare did not file an opposition to the Verified Petition, nor has it otherwise appeared in this action.

       On January 22, 2024, Infinitex filed a letter reiterating its request that the Court confirm the Final Consent Award.  *See* ECF No. 9.  ML Healthcare did not file any response.

       On February 15, 2024, the Court issued an Order directing the parties "to file a proposed Stipulation of Non-Opposition [to the Final Consent Award]." ECF No 11.  On February 28, 2024, Infinitex filed a letter and supporting exhibits reflecting its concerted but ultimately fruitless efforts to contact and coordinate with ML Healthcare regarding a proposed Stipulation of Non-

Opposition. ECF No. 12. As a result, Infinitex "[wa]s not able to file a proposed Stipulation of Non-Opposition executed by Respondent ML Healthcare Partners GmbH." *Id.* at 1.

As ML Healthcare has neither "take[n] any action to oppose Infinitex's confirmation of the applicable Final Consent Award" nor challenged the Verified Petition as not "consistent with the terms of the Final Consent Award and th[e] [parties'] Settlement Agreement," ECF No. 1 ¶ 49; ECF No. 1-2 ¶ 14, the Court hereby GRANTS Infinitex's Verified Petition to confirm the Final Consent Award.

The Clerk of Court is directed to enter judgment in favor of Petitioner Infinitex Solutions LLC in the amount of $1,840,000, plus post-judgment interest calculated at the statutory rate prescribed by 28 U.S.C. § 1961. Upon the entry of judgment, the Clerk of Court is directed to terminate the motion at ECF No. 3 and to close the case.

SO ORDERED.

Dated: February 29, 2024
       New York, New York

*/s/ Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge