**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
INFINITEX SOLUTIONS LLC,

                      Petitioner,                23 **CIVIL** 10863 (JHR)

       -against-                         **JUDGMENT**

ML HEALTHCARE PARTNERS GMBH,

                      Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 29, 2024, the Court has GRANTED Infinitex's Verified Petition to confirm the Final Consent Award. Judgment is entered in favor of Petitioner Infinitex Solutions LLC in the amount of $1,840,000, plus post-judgment interest calculated at the statutory rate prescribed by 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated**: New York, New York
         February 29, 2024

                                                 **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                          **BY:**      *K. Mango*

                                                  **Deputy Clerk**